UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEDRO LEON, ET AL. | CIVIL ACTION |
| VERSUS | No.: 15-6301 |
| DIVERSIFIED CONCRETE, LLC, ET AL. | SECTION: "J"(5) |

### ORDER

Considering the *Joint Motion for Approval of Class Settlement Agreement and to Set Fairness Hearing* **(R. Doc. 81)**,

**IT IS HEREBY ORDERED** that the Court shall conduct a telephone status conference on **Tuesday, February 7, 2017 at 10:00 a.m.** to discuss the parties' motion.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel shall initiate the call and contact the Court's chambers when all parties are on the call.

New Orleans, Louisiana this 6th day of February, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE