UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEDRO LEON, ET AL. | CIVIL ACTION |
| VERSUS | No. 15-6301 |
| DIVERSIFIED CONCRETE, LLC, ET AL. | SECTION: "J"(5) |

**ORDER**

Considering the parties' *Motion to Approve Class Settlement* **(R. Doc. 86)**,

**IT IS HEREBY ORDERED** that the motion is **DENIED** as written in its current form. To resolve this matter, the parties are to submit a revised Settlement Agreement and Motion to Approve Class Settlement for the Court's review.

**IT IS FURTHER ORDERED** that the parties' *Motion for Status Conference* **(R. Doc. 85)** is **DENIED**.

New Orleans, Louisiana this 7th day of June, 2017.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE