IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEDRO LEON, on behalf of himself and other persons similarly situated )<br><br>*Plaintiffs*,<br>v.<br><br>DIVERSIFIED CONCRETE, LLC,<br>RYAN ROGERS, and BRADLEY ROGERS<br><br>*Defendants*. | ) CIVIL ACTION NO. 15-06301<br>)<br>) JUDGE CARL J. BARBIER<br>)<br>) MAG. JUDGE MICHAEL B. NORTH<br>)<br>)<br>)<br>)<br>) |

# **FINAL JUDGMENT**

This Court having approved the Parties' settlement agreement pertaining to Plaintiffs' FLSA claims and Rule 23 claims under La. R.S. 23:1163,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Plaintiffs and against Defendant Diversified Concrete, LLC for the resolution of their FLSA claims in the amount of $1500 to Pedro Leon, $500 to Javier Padilla, $6000 for Plaintiffs' attorneys' fees in connection with Plaintiffs' FLSA claims.

IT IS FURTHER ORDERED that there be judgment in favor of Plaintiffs and the Plaintiff Class, consisting of 118 members, against Defendant Diversified Concrete, LLC for the resolution of Plaintiffs' Rule 23 claims under La. R.S. 23:1163 in the amount of $9,500 to the class ("the Settlement Fund") at the rate of $80.50 per class member.

Within seven days of this Judgment, Defendants will issue a check for $80.50 to the last known address of each class member, including Plaintiffs.

The checks will be good for 45 days. Following the expiration of the 45-day period, any unused portion of the Settlement Fund will be paid to The Employee Rights Advocacy Institute for Law and Policy, whose address is 2201 Broadway, Suite 420, Oakland CA 94612.

This Judgment bars any and all settling class members from bringing any causes of action in law or equity that arises from, concerns, or is related, directly or indirectly, to Diversified Concrete, LLC's payment of overtime wages to the plaintiffs who have opted in or withholding of workers' compensation premiums from 2011 to the present.

New Orleans, Louisiana this  21st  day of _____December_____, 2017.

_____
**THE HON. CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**